**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ESVIN JUAREZ-LOPEZ,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ANGEL GARITE, ASSISTANT FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, EL PASO PROCESSING CENTER; MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; AND PAMELA BONDI, UNITED STATES ATTORNEY GENERAL;** | § | **No. 3:25-CV-00202-LS** |
| | § | |
| ***Respondents*.** | § | |

**ORDER DISMISSING CASE**

Upon consideration of Plaintiffs' Notice of Voluntary Dismissal,[1] the Court dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 12, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[1] ECF No. 15.