# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| ESVIN JUAREZ-LOPEZ, | § | |
| *Petitioner*, | § § § | |
| v. | § § | |
| ANGEL GARITE, ASSISTANT FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, EL PASO PROCESSING CENTER; MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; AND PAMELA BONDI, UNITED STATES ATTORNEY GENERAL; | § § § § § § § § § § § § § § § § | No. 3:25-CV-00202-LS |
| *Respondents*. | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 12, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**